United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                Case No. 23-13599-amc

Rita B Smith                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                              Page 1 of 3

Date Rcvd: Apr 10, 2024                 Form ID: 155                    Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Rita B Smith, 103 Salem Road, Schwenksville, PA 19473-1207 |
| 14838272 | + | CU MEMBERS MORTGAGE, A DIVISION OF, COLONIAL SAVINGS, F.A, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14834261 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 11 2024 00:27:39 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14845000 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:27:14 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14846983 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 00:27:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14834263 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 00:27:24 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14834264 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 00:27:39 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 14834265 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 00:27:35 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14847857 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 00:27:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14834266 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 00:27:41 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14834267 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 11 2024 00:23:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 14845156 | + | Email/Text: bankruptcydesk@colonialsavings.com | Apr 11 2024 00:23:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 14838031 | | Email/Text: mrdiscen@discover.com | Apr 11 2024 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14834268 | + | Email/Text: mrdiscen@discover.com | Apr 11 2024 00:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14834269 | + | Email/Text: dplbk@discover.com | Apr 11 2024 00:23:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14836087 | + | Email/Text: dplbk@discover.com | Apr 11 2024 00:23:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: 155 | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| 14847848 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2024 00:23:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14844890 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:27:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14847870 | + Email/Text: Unger@Members1st.org | Apr 11 2024 00:22:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14834270 | + Email/Text: Unger@Members1st.org | Apr 11 2024 00:22:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14834271 | ^ MEBN | Apr 11 2024 00:18:34 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 14834272 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:27:22 | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14834273 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:27:11 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14838913 | + Email/Text: tdebn@credbankserv.com | Apr 11 2024 00:22:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14839354 | + Email/Text: bankruptcy@bbandt.com | Apr 11 2024 00:22:00 | Truist Bank, Attn: Support Services, P.O. Box 85092 Mail Code 306-40-06-10, Richmond, VA 23286-0001 |
| 14834274 | + Email/Text: bankruptcy@bbandt.com | Apr 11 2024 00:22:00 | Truist/BB&T, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 14851189 | + Email/PDF: ebn_ais@aisinfo.com | Apr 11 2024 00:27:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14834262 | | Ambler Savings Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024                    Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Rita B Smith brad@sadeklaw.com |

District/off: 0313-2                                   User: admin                                        Page 3 of 3
Date Rcvd: Apr 10, 2024                         Form ID: 155                                   Total Noticed: 27

              bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
              on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
              ECFMail@ReadingCh13.com

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:            )
 Rita B Smith        )    Case No. 23−13599−amc
            )
            )
 Debtor(s).         )    Chapter: 13
            )
            )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

  **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

  **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 10, 2024          For The Court

                   Ashely M. Chan
                   Judge, United States Bankruptcy Court