| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-13599-AMC**

Rita B Smith  
103 Salem Road  
Schwenksville  PA    19473

Petition Filed Date: 11/28/2023  
341 Hearing Date: 01/26/2024  
Confirmation Date: 04/10/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2024 | $1,180.00 | | 01/26/2024 | $1,180.00 | | 02/27/2024 | $1,180.00 | |
| 03/27/2024 | $1,336.00 | | 04/26/2024 | $1,336.00 | | 05/28/2024 | $1,336.00 | |
| 06/27/2024 | $1,336.00 | | 07/26/2024 | $1,336.00 | | | | |

**Total Receipts for the Period:  $10,220.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,220.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,865.00 | $2,865.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOAN<br>»» 001 | Unsecured Creditors | $11,818.28 | $0.00 | $11,818.28 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $15,164.21 | $0.00 | $15,164.21 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TRUIST BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $5,924.89 | $0.00 | $5,924.89 |
| 6 | AFFIRM INC<br>»» 006 | Unsecured Creditors | $2,048.75 | $0.00 | $2,048.75 |
| 7 | COLONIAL SAVINGS FA<br>»» 007 | Mortgage Arrears | $19.50 | $19.50 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $3,141.18 | $0.00 | $3,141.18 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $764.98 | $0.00 | $764.98 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $10,790.89 | $0.00 | $10,790.89 |
| 11 | MEMBERS 1ST FEDERAL CREDIT UNION<br>»» 011 | Secured Creditors | $8,849.01 | $6,313.50 | $2,535.51 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $3,559.77 | $0.00 | $3,559.77 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $6,070.77 | $0.00 | $6,070.77 |
| 14 | VERIZON BY AIS AS AGENT<br>»» 014 | Unsecured Creditors | $189.51 | $0.00 | $189.51 |
| 15 | VERIZON BY AIS AS AGENT<br>»» 015 | Unsecured Creditors | $156.39 | $0.00 | $156.39 |

**Chapter 13 Case No. 23-13599-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $356.94 | $0.00 | $356.94 |
| 17 | AMBLER SAVINGS & LOAN ASSN | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | AMBLER SAVINGS & LOAN ASSN | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,220.00 | Current Monthly Payment: | $1,336.00 |
| Paid to Claims: | $9,198.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,022.00 | Total Plan Base: | $79,692.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.