| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-13599-AMC

Rita B Smith  
103 Salem Road  
Schwenksville PA   19473

Petition Filed Date: 11/28/2023  
341 Hearing Date: 01/26/2024  
Confirmation Date: 04/10/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $1,336.00 | | 09/26/2024 | $1,336.00 | | 10/28/2024 | $1,336.00 | |
| 11/26/2024 | $1,336.00 | | 12/27/2024 | $1,336.00 | | 01/28/2025 | $1,336.00 | |
| 02/26/2025 | $1,336.00 | | 03/26/2025 | $1,336.00 | | 04/28/2025 | $1,336.00 | |
| 06/02/2025 | $1,336.00 | | 06/27/2025 | $1,336.00 | | 07/29/2025 | $1,336.00 | |

**Total Receipts for the Period: $16,032.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $27,588.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,865.00 | $2,865.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOAN »» 001 | Unsecured Creditors | $11,818.28 | $2,406.37 | $9,411.91 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $15,164.21 | $3,087.62 | $12,076.59 |
| 3 | TD RETAIL CREDIT SERVICES »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TRUIST BANK »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $5,924.89 | $1,206.37 | $4,718.52 |
| 6 | AFFIRM INC »» 006 | Unsecured Creditors | $2,048.75 | $417.14 | $1,631.61 |
| 7 | COLONIAL SAVINGS FA »» 007 | Mortgage Arrears | $19.50 | $19.50 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK »» 008 | Unsecured Creditors | $3,141.18 | $639.56 | $2,501.62 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $764.98 | $155.74 | $609.24 |
| 10 | CITIBANK NA »» 010 | Unsecured Creditors | $10,790.89 | $2,197.13 | $8,593.76 |
| 11 | MEMBERS 1ST FEDERAL CREDIT UNION »» 011 | Secured Creditors | $8,849.01 | $8,849.01 | $0.00 |
| 12 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $3,559.77 | $724.82 | $2,834.95 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $6,070.77 | $1,236.09 | $4,834.68 |
| 14 | VERIZON BY AIS AS AGENT »» 014 | Unsecured Creditors | $189.51 | $34.60 | $154.91 |

**Chapter 13 Case No. 23-13599-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | VERIZON BY AIS AS AGENT<br>»» 015 | Unsecured Creditors | $156.39 | $31.84 | $124.55 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $356.94 | $72.65 | $284.29 |
| 17 | AMBLER SAVINGS & LOAN ASSN | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | AMBLER SAVINGS & LOAN ASSN | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,588.00 | Current Monthly Payment: | $1,336.00 |
| Paid to Claims: | $23,943.44 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,378.04 | Total Plan Base: | $79,692.00 |
| Funds on Hand: | $1,266.52 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.