**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Rita B Smith | : | Chapter 13 |
| | : | Case No.: 23-13599-AMC |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on the date indicated below a true and correct copy of the Debtor's Motion to Sell Property, Motion to Expedite Motion to Sell Property, the Order Granting Motion to Expedite Hearing, and Notice of Motion electronically or by Regular U.S. Mail upon the Debtor, the U.S. trustee, the standing chapter 13 trustee, all affected parties, and the Debtor's priority, secured, and unsecured creditors at the addresses listed on their proofs of claim.

Dated: August 28, 2026

*/s/ Brad J. Sadek*
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008