Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Rita B Smith
103 Salem Road
Schwenksville, PA 19473

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13599-AMC**

Petition Filed Date: 11/28/2023
341 Hearing Date: 01/26/2024
Confirmation Date: 04/10/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2025 | $1,336.00 | | 09/26/2025 | $1,336.00 | | 10/27/2025 | $1,336.00 | |
| 11/26/2025 | $1,336.00 | | 12/29/2025 | $1,336.00 | | 01/28/2026 | $1,336.00 | |
| 02/26/2026 | $1,336.00 | | 03/26/2026 | $1,336.00 | | 04/27/2026 | $1,336.00 | |
| 05/27/2026 | $1,336.00 | | 06/29/2026 | $1,336.00 | | 07/27/2026 | $1,336.00 | |

**Total Receipts for the Period: $16,032.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $43,620.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,865.00 | $2,865.00 | $0.00 |
| 1 | DISCOVER PERSONAL LOAN<br>»» 001 | Unsecured Creditors | $11,818.28 | $5,333.27 | $6,485.01 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $15,164.21 | $6,843.19 | $8,321.02 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TRUIST BANK<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $5,924.89 | $2,673.72 | $3,251.17 |
| 6 | AFFIRM INC<br>»» 006 | Unsecured Creditors | $2,048.75 | $924.54 | $1,124.21 |
| 7 | PNC BANK NA<br>»» 007 | Mortgage Arrears | $19.50 | $19.50 | $0.00 |
| 8 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $3,141.18 | $1,417.49 | $1,723.69 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $764.98 | $345.22 | $419.76 |
| 10 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 010 | Unsecured Creditors | $10,790.89 | $4,869.61 | $5,921.28 |
| 11 | MEMBERS 1ST FEDERAL CREDIT UNION<br>»» 011 | Secured Creditors | $8,849.01 | $8,849.01 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $3,559.77 | $1,606.44 | $1,953.33 |

**Chapter 13 Case No. 23-13599-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $6,070.77 | $2,739.58 | $3,331.19 |
| 14 | VERIZON BY AIS AS AGENT<br>»» 014 | Unsecured Creditors | $189.51 | $81.65 | $107.86 |
| 15 | VERIZON BY AIS AS AGENT<br>»» 015 | Unsecured Creditors | $156.39 | $64.14 | $92.25 |
| 16 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 016 | Unsecured Creditors | $356.94 | $153.73 | $203.21 |
| 17 | AMBLER SAVINGS & LOAN ASSN | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | AMBLER SAVINGS & LOAN ASSN | Secured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,620.00 | Current Monthly Payment: | $1,336.00 |
| Paid to Claims: | $38,786.09 | Arrearages: | ($1,336.00) |
| Paid to Trustee: | $3,583.09 | Total Plan Base: | $79,692.00 |
| Funds on Hand: | $1,250.82 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.