**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Rita B Smith | : | Chapter 13 |
| | : | Case No.: 23-13599-AMC |
| Debtor(s) | : | |

**AMENDED ORDER GRANTING DEBTOR'S MOTION**

**FOR AUTHORITY TO SELL REAL PROPERTY**

**AND NOW,** upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that the Debtor is granted permission to sell the real property located 136 Sunrise Lane, Pottstown, PA 19464 ("Property"), for the sale price of $160,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of August 4, 2026, to the buyer(s) thereunder, Dean Smith ("Buyer").

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $1,600.00 |
| 2. | Liens paid at closing - | $46,312.96 |
| 3. | Real estate taxes, sewer, trash and/or other such items | $________ |
| 4. | Property repairs, if any | $________ |
| 5. | Real estate commission, at no greater than 6% | $________ |
| 6. | Attorney's fees, if any | $________ |
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $________ |

| | | |
|---|---|---|
| 8. | Other (Scott F. Waterman) | $36,072.00 |
| | ESTIMATED AMT DUE TO SELLER(S) | $76,015.04 |

This Order is contingent upon the mortgage lien(s) held by PNC Bank, N.A., or its assigns being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff shall be approved by PNC Bank, N.A.; and Debtor shall have ninety (90) days from entry of this Order to sell the Property.

The amount to be paid to the Chapter 13 Trustee office is subject to final review and audit. The proceeds will be sufficient to pay 100% to unsecured creditors.

After paying all liens in full and all costs of sale, the Chapter 13 Trustee is authorized to adjust the percentage to unsecured claims, based on the funds received, in accordance with 11 U.S.C. Section 1329. Upon receipt payment, any creditor(s), paid at closing, shall amended or withdraw their claim within 30 days.

Within 7 days of closing, a copy of the HUD settlement sheet will be forwarded to the trustee's office.

The title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

**BY THE COURT**

________________________________

**HONORABLE ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**